# RECEIVED     United States District Court     REDACTED

MAY 3 1 2005     STATE AND     DISTRICT OF     MINNESOTA

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA Matter of the Search of     **APPLICATION AND AFFIDAVIT**
(Name, address or brief description of person or property to be searched)     **FOR SEARCH WARRANT**

The premises known as ▮▮▮▮▮▮ Minneapolis Minnesota,
further described as a two-story residence, with the front of the residence     CASE NUMBER:   05 mj 198 JGL
having brown siding and a light teal trim, the sides of the residence have
the same light teal trim, with an addition apparently having been added
to the south side of the residence, and with a detached garage located
behind the residence in the alley.

I Shauna Snider being duly sworn depose and say:

I am a(n) Special Agent, Criminal
Investigation, Internal Revenue Service and have reason to believe that ☐ on the person of or ☒ on the premises known

▮▮▮▮▮▮▮, Minneapolis Minnesota, further described as a two-story residence, with the front of the residence
having brown siding and a light teal trim, the sides of the residence have the same light teal trim, with an addition apparently
having been added to the south side of the residence, and with a detached garage located behind the residence in the alley,

in the State and District of Minnesota there is now concealed a certain person or property,
namely (describe the person or property)

Please see Attached List of Items to be Seized.

which is (state one or more bases for search warrant and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidence of the commission of a crime, contraband, fruits of criminal activity, and/or means
of committing a crime

concerning a violation of Title 26, United States Code, Section(s) 7201, 7202.

The facts to support a finding of Probable Cause are as follows:

See Affidavit attached hereto and incorporated herein by reference.

SCANNED
MAY 3 1 2005
U.S. DISTRICT COURT MPLS

Continued on the attached sheet and made a part hereof.  ☒ Yes  ☐ No

_____
Signature of Affiant
Shauna Snider, Special Agent
Criminal Investigation, Internal Revenue Service

Sworn to before me, and subscribed in my presence

at     Minneapolis, MN
_____          _____
Date and Time Issued                              City and State

Jonathan Lebedoff,  Chief U.S. Magistrate Judge     _____
Name and Title of Judicial Officer                        Signature of Judicial Officer

REDACTED

## ITEMS TO BE SEIZED

This search warrant is requested for the property and evidence related to the following

individuals and/or businesses for the time period of January 1, 2000 to the present:

INDIVIDUALS
Francis McLain
Bernard McLain
James Defee
Alakhi McLain
Caroline McLain
James Allen
Charlotte Anthonisen

BUSINESSES
Kind Hearts
Kirpal Nurses
Serenity Services
Selfless Services
Masters Marketing Group
Lifelines Care
Lumen Housing
Tera Bani

And any other records maintained at ███████████ Minneapolis, Minnesota, ████

███████, Minneapolis, Minnesota, or ██████████████, Livingston,

Montana, for or related to any of the above-named individuals and/or businesses and any

other individuals, businesses or entities that relate to Francis McLain and/or his

businesses and entities, for the period January 1, 2000 to the present, all of which are

evidence of violations of Title 26, United States Code, Section 7201, Tax Evasion and

Title 26, United States Code, Section 7202 Failure to Pay Employee Taxes. The

following evidentiary items are requested to be seized:

1.      Any and all computers, and/or word processors.

1

2.   Receipts, invoices, notes, journals, ledgers, credit card billing statements and receipts, financial/net worth statements and documents relating to income and/or expenses to include but not limited to books, records, calendars, receipts, notes, ledgers, billings, agreements, contracts, time cards, worker's compensation contracts, liability insurance contracts, telephone messages, telephone lists, telegrams, reference letters, all other records reflecting cash receipts and cash disbursements, and any other financial records relating to any of the above named individuals and/or businesses.

3.   Bank documents, including bank account statements, cancelled checks, check registers, check stubs, deposit tickets, savings passbooks, loan agreements/contracts, mortgage applications and related documents, letters of credit, bank drafts, money orders, cashier's checks, wire transfers, debit advice, letter instructions regarding transfers of funds, bank notices, credit memos, certificates of deposit, trust accounts, brokerage accounts, safe deposit boxes and keys, and any other records relating to any of the above named individuals and/or businesses.

4.   Papers, tickets, notes, schedules, receipts, and other items which will show the disposition of income that relate to any of the above-named individuals or businesses.

5.   Any and all payroll records, for the above-named businesses, including payroll ledgers, timecards, payroll checks, pay stubs, Forms W-2, W-3, and W-5 and Forms 1099.

6.   Any and all corporate and individual Federal and State income tax returns forms and attachments for the years 2000, 2001, 2002, 2003, and 2004, to include personal, business, and corporate returns which may have been prepared to file with the Internal Revenue Service, or for purposes other than filing with the Internal Revenue Service.

7.   Address and/or telephone books, telephone messages, telegrams, papers, photographs, notes and other items that tend to identify other participants in the scheme, assets, and expenses (jewelry, vacations, automobiles).

8.   Any and all documents reflecting the names, street address, and telephone number of any and all former and present employees and customers that relate to the above-named businesses and individuals.

9.   Any and all books, manuals, brochures, and notes relating to taxation.

10.  Any and all work papers relating to the certification, preparation, and/or accumulation of financial data and tax return preparation, including all income and expense summaries, and income and expense organizers, clients files and copies of all returns relating to each client.

11.  Any and all documents reflecting, referring, and/or relating to ownership and/or locations of real property, including but not limited to rental payments, business leases, land leases, building leases, options, and exchange of title properties, owned and/or held by or on behalf of Francis McLain and any of the above-named businesses; including grant deeds, trust deeds, quit claim deeds, or deeds held in trust, purchase/sale agreements, depreciation or an amortization schedule, rental income and expense records, and any related correspondence.

12. Any and all correspondence from or to the above-named individuals and/or businesses including memoranda, letters, statements, notes, and drafts of items.

13. Any and all Social Security cards for the above-named individuals or any other individuals related to Francis McLain or his businesses.

14. Any and all receipts or documents as it relates to the purchase, lease or rent of assets by the above individuals and/or businesses. Assets are to include but are not limited to watercrafts, vehicles, motorcycles, snowmobiles, condominiums, houses, apartments, office, jewelry, stocks, and certificates of deposits.

The terms "records" and "documents" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electrical, electronic, or magnetic form (such as floppy diskettes, hard drives, ZIP disks, CD-ROMs, optical discs, backup tapes, printer buffers, smart cards, memory calculators, pagers, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); and handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic or audio form (such as microfilm, microfiche, prints, slides, negatives, videotapes, photocopies, and audio cassettes).