**RECEIVED**
MAY 31 2005
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**REDACTED**

# United States District Court

STATE AND _____ DISTRICT OF _____ MINNESOTA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The premises known as 1521 Como Avenue SE, Minneapolis Minnesota, further described as the offices for Kind Hearts/Kirpal Nurses, located on the street level of a multi-tenant structure facing Como Avenue, which can be accessed through a brown door located under a turquoise overhang that reads, "Kind Hearts Professional Nursing Service."

**SEARCH WARRANT**

CASE NUMBER: 05 mj 198 JGL

TO: Special Agent Shauna Snider and any Authorized Officer of the United States

Affidavit(s) having been made before me by Shauna Snider who has reason to

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
1521 Como Avenue SE, Minneapolis Minnesota, further described as the offices for Kind Hearts/Kirpal Nurses, located on the street level of a multi-tenant structure facing Como Avenue, which can be accessed through a brown door located under a turquoise overhang that reads, "Kind Hearts Professional Nursing Service",

in the State and District of Minnesota there is now concealed a certain person or property,
namely (describe the person or property)

See attached list of items to be seized.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____
                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Magistrate of the month or Jonathan Lebedoff, Chief United States Magistrate Judge, as required by law.

_____   at   Minneapolis, MN
Date and Time Issued           City and State

Jonathan Lebedoff,
Chief United States Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

SCANNED
MAY 31 2005
U.S. DISTRICT COURT MPLS

## RETURN

| CASE NUMBER | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____    _____
U.S. Judge or Magistrate                 Date

## ITEMS TO BE SEIZED

This search warrant is requested for the property and evidence related to the following individuals and/or businesses for the time period of January 1, 2000 to the present:

<u>INDIVIDUALS</u>
Francis McLain
Bernard McLain
James Defee
Alakhi McLain
Caroline McLain
James Allen
Charlotte Anthonisen

<u>BUSINESSES</u>
Kind Hearts
Kirpal Nurses
Serenity Services
Selfless Services
Masters Marketing Group
Lifelines Care
Lumen Housing
Tera Bani

And any other records maintained at ▉▉▉▉▉▉▉ Minneapolis, Minnesota, ▉▉▉ ▉▉▉▉▉▉▉, Minneapolis, Minnesota, or ▉▉▉▉▉▉▉▉, Livingston, Montana, for or related to any of the above-named individuals and/or businesses and any other individuals, businesses or entities that relate to Francis McLain and/or his businesses and entities, for the period January 1, 2000 to the present, all of which are evidence of violations of Title 26, United States Code, Section 7201, Tax Evasion and Title 26, United States Code, Section 7202 Failure to Pay Employee Taxes. The following evidentiary items are requested to be seized:

1. Any and all computers, and/or word processors.

1

2. Receipts, invoices, notes, journals, ledgers, credit card billing statements and receipts, financial/net worth statements and documents relating to income and/or expenses to include but not limited to books, records, calendars, receipts, notes, ledgers, billings, agreements, contracts, time cards, worker's compensation contracts, liability insurance contracts, telephone messages, telephone lists, telegrams, reference letters, all other records reflecting cash receipts and cash disbursements, and any other financial records relating to any of the above named individuals and/or businesses.

3. Bank documents, including bank account statements, cancelled checks, check registers, check stubs, deposit tickets, savings passbooks, loan agreements/contracts, mortgage applications and related documents, letters of credit, bank drafts, money orders, cashier's checks, wire transfers, debit advice, letter instructions regarding transfers of funds, bank notices, credit memos, certificates of deposit, trust accounts, brokerage accounts, safe deposit boxes and keys, and any other records relating to any of the above named individuals and/or businesses.

4. Papers, tickets, notes, schedules, receipts, and other items which will show the disposition of income that relate to any of the above-named individuals or businesses.

5. Any and all payroll records, for the above-named businesses, including payroll ledgers, timecards, payroll checks, pay stubs, Forms W-2, W-3, and W-5 and Forms 1099.

6. Any and all corporate and individual Federal and State income tax returns forms and attachments for the years 2000, 2001, 2002, 2003, and 2004, to include personal, business, and corporate returns which may have been prepared to file with the Internal Revenue Service, or for purposes other than filing with the Internal Revenue Service.

7. Address and/or telephone books, telephone messages, telegrams, papers, photographs, notes and other items that tend to identify other participants in the scheme, assets, and expenses (jewelry, vacations, automobiles).

8. Any and all documents reflecting the names, street address, and telephone number of any and all former and present employees and customers that relate to the above-named businesses and individuals.

9. Any and all books, manuals, brochures, and notes relating to taxation.

10. Any and all work papers relating to the certification, preparation, and/or accumulation of financial data and tax return preparation, including all income and expense summaries, and income and expense organizers, clients files and copies of all returns relating to each client.

11. Any and all documents reflecting, referring, and/or relating to ownership and/or locations of real property, including but not limited to rental payments, business leases, land leases, building leases, options, and exchange of title properties, owned and/or held by or on behalf of Francis McLain and any of the above-named businesses; including grant deeds, trust deeds, quit claim deeds, or deeds held in trust, purchase/sale agreements, depreciation or an amortization schedule, rental income and expense records, and any related correspondence.

12. Any and all correspondence from or to the above-named individuals and/or businesses including memoranda, letters, statements, notes, and drafts of items.

13. Any and all Social Security cards for the above-named individuals or any other individuals related to Francis McLain or his businesses.

14. Any and all receipts or documents as it relates to the purchase, lease or rent of assets by the above individuals and/or businesses. Assets are to include but are not limited to watercrafts, vehicles, motorcycles, snowmobiles, condominiums, houses, apartments, office, jewelry, stocks, and certificates of deposits.

The terms "records" and "documents" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any electrical, electronic, or magnetic form (such as floppy diskettes, hard drives, ZIP disks, CD-ROMs, optical discs, backup tapes, printer buffers, smart cards, memory calculators, pagers, personal digital assistants such as Palm Pilot computers, as well as printouts or readouts from any magnetic storage device); and handmade form (such as writing, drawing, painting); any mechanical form (such as printing or typing); and any photographic or audio form (such as microfilm, microfiche, prints, slides, negatives, videotapes, photocopies, and audio cassettes).