UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

08-CR-00010-PJS-FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICK J. SCHILTZ |
| | ) | |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| | ) | FRANKLIN L. NOEL |
| FRANCIS LEROY McLAIN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   THE UNITED STATES OF AMERICA AND ITS ATTORNEY, David Genrich, 300 S 4th Street, Suite 600, Minneapolis, MN 55415.

YOU WILL PLEASE TAKE NOTICE that at a session of the above-named Court, to be held before Magistrate Judge Franklin L Noel, at the United States Courthouse, Courtroom __, on the 18 day of April at 9 am, or as soon thereafter as Rick Mattox, court-appointed Attorney for Defendant Francis Leroy McLain can be heard, Rick Mattox, by and on behalf of Defendant Francis Leroy McLain will move this Court to dismiss the indictment against him.  This motion is brought pursuant to Federal Rule of Criminal Procedure 12(b)(2).

Date:  March 27, 2008							Respectfully  submitted  by and on behalf of

Defendant Francis Leroy McLain,

*s/Rick E. Mattox*

_____
Rick E. Mattox
Attorney at Law 0068731
16670 Franklin Trail, Suite 250
Prior Lake, MN 55372