RICK E. MATTOX
*ATTORNEY AT LAW*
16670 FRANKLIN TRAIL SE, SUITE 250
PRIOR LAKE, MINNESOTA 55372
TEL: (952) 469-2299   FAX: (952) 469-6716

June 12, 2008

The Honorable Franklin L Noel
United States Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

**RECEIVED**

JUN 18 2008

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RE:  Francis Leroy McLain, Criminal 08-10 (PJS/FLN)

Dear Magistrate Noel:

Please consider this letter a request for reconsideration of your denial of our Request for Advance Authorization for Investigative, Expert, or Other Services (Document 88.)  This court reasoned that "(A)s the Court has previously released to the Defendant $25,000 from the cash bond he previously posted, the Court is unpersuaded that public funds need to be expended."

The $25,000 cash bond used to secure the Defendant's release was a loan from his brother Harley.  See enclosed affidavit of Harley McLain.  The return of the $25,000.00 cash bail was made by the court by check to Harley.  See enclosed letter and deposit slip.

We would request that you approve the Request for Advance Authorization for Investigative, Expert, or Other Services.  If you have any questions or comments, please do not hesitate to contact me.

Sincerely,

Rick E. Mattox

SCANNED
JUN 18 2008
U.S. DISTRICT COURT MPLS