```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                 Criminal No. 08-10(PJS/FLN)
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S MOTION** |
| | ) | **TO SEAL DOCUMENT** |
| v. | ) | |
| | ) | |
| FRANCIS LEROY MCLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its attorneys Frank J. Magill, Jr., United States Attorney for the District of Minnesota, and Assistant United States Attorney Robert M. Lewis, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated: 4/1/09                              Respectfully submitted,

                                           FRANK J. MAGILL, JR.
                                           United States Attorney

                                           *s/ David M. Genrich*

                                           BY: DAVID M. GENRICH
                                           Assistant U.S. Attorney