```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF MINNESOTA
                 Criminal No. 08-10(PJS/FLN)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **ORDER SEALING DOCUMENT** |
| ) | |
| v. ) | |
| ) | |
| FRANCIS LEROY MCLAIN ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Government's Motion To Seal Document [Docket No. 184]. Based upon all the records and proceedings herein,

**IT IS HEREBY ORDERED,** that the Government's Motion to Seal Document [Docket No. 184] is granted.


Dated: April 1, 2009          s/Patrick J. Schiltz
                              Patrick J. Schiltz
                              United States District Judge